Also in Holliday v. State, 35 Tex.Cr.R. 133, 32 S.W. 538, we said:

"Appellant contends that there is no evidence showing that he was an adult male person. The only proof on this subject is to be found in the testimony of Eliza Thomas, which is 'that defendant was a man and she was a woman.' A 'man' is defined as a male adult of the human race, as distinguished from a woman or a boy; one who has attained manhood, or who is regarded as of manly estate. See 4 Cent.Dict. p. 632. And this is in accord with the common understanding of the definition of the term 'man.' "

Believing the evidence sufficient to support the trial court's conclusion of guilt, the judgment is affirmed.

Opinion approved by the court.

**Isaac GARLAND, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27143.**

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault on an officer; the punishment, 30 days in jail and a fine of $100.

Accompanying the record is an affidavit in proper form executed by the appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.